# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAOXING MANKEFU TEXTILE CO., LTD., | )<br>)<br>)<br>) Civil Action No. 1:23-cv-17119 |
| Plaintiff, | ) |
| v. | )<br>) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Presiding Judge: Hon. Martha M. Pacold<br>) Magistrate Judge: Young B. Kim<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR ORDER

Plaintiff Shaoxing Mankefu Textile Co., LTD., through its Counsel, respectfully requests that the Court issues an order for Plaintiff's Motion to Seal [Dkt. No. 3], Motion For TRO [Dkt. No. 5], and Motion for Service by Publication [Dkt. No. 7]. Plaintiff's Counsel filed appearance on January 22, 2024.

Date: March 8, 2024

                                              Respectfully submitted,

                                              By: /s/ Shengmao Mu
                                              Shengmao (Sam) Mu, NY #5707021
                                              **WHITEWOOD LAW PLLC**
                                              57 West 57th Street, 3rd and 4th Floors
                                              New York, NY 10019
                                              Telephone: (917) 858-8018
                                              Email: smu@whitewoodlaw.com

                                              *Counsel for Plaintiff*